IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **CELIO EDISSON SICHIQUE SANCHEZ**     Petitioner, | § § § § § § § § § § § § § | EP-26-CV-00242-DB |
| v. | | |
| **MARY DE ANDA-YBARRA,** *Field Office Director of Enforcement and Removal Operations, El Paso Field Office, Immigration and Customs Enforcement, et al.,*     Respondents. | | |

## ORDER

On this day, the Court considered the above-captioned case. On Feburary 12, 2026, Respondents filed an "Advisory to the Court," ECF No. 9, advising Petitioner was released from custody on February 6, 2026.

Accordingly, **IT IS HEREBY ORDERED** the parties **SHALL CONFER AND FILE** a notice informing the Court whether any matters remain to be resolved in this case by **no later than Feburary 18, 2026.**

**SIGNED** this **13th** day of **Feburary 2026**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE